AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Odette K. Oliver Cyrus | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:22-cv-05955-AMD-TAM |
| TRC Companies et al | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

(Please see attached rider page)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Pro Se Plaintiff:

Odette K. Oliver Cyrus
216 22 102nd Avenue
Queens Village, NY 11429

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date:  10/03/2022

*Signature of Clerk or Deputy Clerk*

## Defendants Rider Pages

1. Sylvia Brown
   - Attn: TRC Office of the General Counsel 21 Griffin Road North, Windsor, Connecticut, 06095
   - 10 Maxwell Drive, Suite 200, Clifton Park, NY 12065

2. John Franceschina
   - 38 Cedar Ridge Ln, Dix Hills NY 11746
   - 395 North Service Rd. Suite 409 Melville, NY 11747
   - Attn: TRC Office of the General Counsel 21 Griffin Road North, Windsor, Connecticut, 06095

3. Sean Mongan
   - 5 Wyndham Ln, Holbrook, NY 11741
   - 395 North Service Rd. Suite 409 Melville, NY 11747
   - Attn: TRC Office of the General Counsel 21 Griffin Road North, Windsor, Connecticut, 06095

4. Shannen McDonald
   - 12 Sterling Ave, Patchogue, NY 11772
   - 60 Brooklyn Ave, Merrick, NY 11566
   - 395 North Service Rd. Suite 409 Melville, NY 11747

5. Laura Lenhart Raimey
   - Attn: TRC Office of the General Counsel 21 Griffin Road North, Windsor, Connecticut, 06095
   - Attn: TRC Office of the General Counsel

255 California Street, Suite 400, San Francisco, CA 94111
- Attn: Chief People Officer at TRC Companies Laura Raimey

255 California Street, Suite 400, San Francisco, CA 94111

6. **Regina Robertson**
    - Attn: TRC Office of the General Counsel 21 Griffin Road North, Windsor, Connecticut, 06095
    - 116 Hunter Ave Oakland, CA 94603
    - Attn: TRC Office of the General Counsel
    255 California Street, Suite 400, San Francisco, CA 94111

7. **TRC Companies**
    - Attn: TRC Office of the General Counsel 21 Griffin Road North, Windsor, Connecticut, 06095
    - Attn: TRC Office of the General Counsel 395 North Service Rd. Suite 409 Melville, NY 11747

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-05955-AMD-TAM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: